SANFORD JAY ROSEN – 062566
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
BENJAMIN BIEN-KAHN – 267933
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

DANIEL MARSHALL – Fla. Bar No. 617210*
HUMAN RIGHTS DEFENSE CENTER
P.O. Box 1151
Lake Worth, FL 33460
Telephone:  (561) 360-2523
* Admitted *Pro Hac Vice*

Attorneys for
HUMAN RIGHTS DEFENSE CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TEHAMA; DAVE HENCRATT, Sheriff, individually and in his official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities,,<br><br>Defendants. | Case No. 20-cv-00359-WBS-DMC<br><br>**NOTICE OF APPEARANCE OF COUNSEL BENJAMIN BIEN-KAHN** |

TO THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Benjamin Bien-Kahn of Rosen Bien Galvan & Grunfeld LLP, 101 Mission Street, Sixth Floor, San Francisco, California, 94105-1738, Telephone: (415) 433-6830, E-mail: bbien-kahn@rbgg.com, hereby enters his appearance as counsel of record for Plaintiff in this matter. Jeffrey L. Bornstein remains as Lead Counsel for Plaintiffs. The undersigned hereby requests to be added to the master mailing list and to be included via e-mail on the Court's notification of all electronic filings in this matter. Please serve the undersigned will all pleadings and notices in this matter.

DATED: March 3, 2020          Respectfully submitted,

                              ROSEN BIEN GALVAN & GRUNFELD LLP

                              By:  /s/ Benjamin Bien-Kahn
                                   Benjamin Bien-Kahn

                              Attorneys for
                              HUMAN RIGHTS DEFENSE CENTER