**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

*Attorneys for Defendants,* COUNTY OF TEHAMA and DAVE HENCRATT

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | Case No.: 2:20-cv-00359-WBS-DMC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| COUNTY OF TEHAMA; DAVE HENCRATT, Sheriff, individually and in his official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities, | Complaint Filed: 02/14/20 |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff HUMAN RIGHTS DEFENSE CENTER ("Plaintiff") and Defendants COUNTY OF TEHAMA and DAVE HENCRATT ("Defendants") (collectively, "The Parties") by and through their respective counsel.

WHEREAS, a hearing on Plaintiff's Motion for Preliminary Injunction is currently set for April 6, 2020 at 1:30 p.m.;

WHEREAS, Defendants recently retained counsel to defend them in this matter;

WHEREAS, Defendants' opposition to Plaintiff's Motion for Preliminary Injunction is due on March 23, 2020;

WHEREAS, the COVID-19 pandemic has impacted Defendants' and their counsel's ability to investigate the allegations in Plaintiff's Motion for Preliminary Injunction and prepare an opposition;

*{02178220.DOCX}* 1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

WHEREAS, the parties are engaged in settlement negotiations that may obviate the need for litigation;

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendants, by and through their respective counsels of record, that good cause exists to continue the date of the hearing on Plaintiff's Motion for Preliminary Injunction to May 4, 2020 at 1:30 p.m., and that opposition and reply briefing be due on April 20, 2020 and April 27, 2020, respectively.

**IT IS SO STIPULATED.**

Dated: 03/19/20

PORTER SCOTT
A PROFESSIONAL CORPORATION

By   /s/ David R. Norton
    Stephen E. Horan
    David R. Norton
    Attorneys for Defendants

Dated: 03/19/20

ROSEN BIEN GALVAN & GRUNFELD LLP

By  /s/Sanford Jay Rosen (authorized 03/18/2020)
    Jeffrey L. Bornstein
    Ernest Galvan
    Lisa Ells
    Benjamin Bien-Kahn
    Attorneys for Plaintiff

## **ORDER**

GOOD CAUSE APPEARING, the Hearing on Plaintiff's Motion for Preliminary Injunction is dropped from calendar. The deadline for the required Opposition is continued to April 20, 2020 and the deadline for the required Reply is continued to April 27, 2020. If no evidentiary hearing is required, the court will then take the motion under consideration.

**IT IS SO ORDERED.**

**Dated: March 19, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE