**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants, COUNTY OF TEHAMA and DAVE HENCRATT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER, | Case No.: 2:20-cv-00359-WBS-DMC |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |
| v. | |
| COUNTY OF TEHAMA; DAVE HENCRATT, Sheriff, individually and in his official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities, | Complaint Filed: 02/14/20 |
| Defendants. | |

This Stipulation is entered into by and between Plaintiff HUMAN RIGHTS DEFENSE CENTER ("Plaintiff") and Defendants COUNTY OF TEHAMA and DAVE HENCRATT *(*"Defendants") (collectively, "The Parties") by and through their respective counsel.

WHEREAS, Defendants were served with Plaintiff's Complaint on February 26, 2020;

WHEREAS, the deadline for Defendants to file and serve a responsive pleading was originally March 18, 2020;

WHEREAS, on March 16, 2020, the Parties filed a stipulation to extend the time to respond to the Complaint to April 8, 2020 [Docket No. 12.]

WHEREAS, the Parties are currently engaged in settlement negotiations that may obviate the need for litigation;

WHEREAS, the parties stipulate to extending Defendants' deadline to file a responsive pleading to April 29, 2020;

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendants, by and through their respective counsels of record, that good cause exists to extend the deadline for Defendants to file a responsive pleading to April 29, 2020.

**IT IS SO STIPULATED.**

Dated: April 7, 2020

PORTER SCOTT
A PROFESSIONAL CORPORATION

By  */s/ David R. Norton*
    Stephen E. Horan
    David R. Norton
    Attorneys for Defendants

Dated: April 7, 2020

ROSEN BIEN GALVAN & GRUNFELD LLP

By  */s/ Jeffrey L. Bornstein* (as authorized on 4/6/20)
    Jeffrey L. Bornstein
    Ernest Galvan
    Lisa Ells
    Benjamin Bien-Kahn
    Attorneys for Plaintiff

## ORDER

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, the deadline for Defendants to file a responsive pleading to Plaintiff's Complaint is extended to April 29, 2020.

**IT IS SO ORDERED.**

Dated: April 6, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE