**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
David R. Norton, SBN 291448
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

*Attorneys for Defendants,* COUNTY OF TEHAMA and DAVE HENCRATT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF TEHAMA; DAVE HENCRATT, Sheriff, individually and in his official capacity; and JOHN AND JANE DOES 1-10, Staff, individually and in their official capacities,<br><br>Defendants.<br>_____/ | Case No.: 2:20-cv-00359-WBS-DMC<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Complaint Filed: 02/14/20 |

This Stipulation is entered into by and between Plaintiff HUMAN RIGHTS DEFENSE CENTER ("Plaintiff") and Defendants COUNTY OF TEHAMA and DAVE HENCRATT ("Defendants") (collectively, "The Parties") by and through their respective counsel.

WHEREAS, on March 19, 2020, the Court ordered the April 6, 2020 hearing on Plaintiff's Motion for Preliminary Injunction to be dropped from calendar pursuant to stipulation of the Parties. The Court continued the Defendants' deadline to oppose the Motion for Preliminary Injunction to April 20, 2020, and deadline for Plaintiff's reply brief to April 27, 2020;

WHEREAS, the parties remain engaged in settlement negotiations that may obviate the need for further litigation;

/ / /

WHEREAS, the Parties wish to briefly continue the deadlines for Defendants' opposition brief and Plaintiff's reply brief as to avoid incurring additional attorneys' fees which may impact the Parties' ability to reach a settlement in this matter;

IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and the Defendants, by and through their respective counsels of record, that good cause exists to continue the date of the hearing on Plaintiff's Motion for Preliminary Injunction to May 18, 2020 at 1:30 p.m., and that opposition and reply briefing be due on May 4, 2020 and May 11, 2020, respectively.

**IT IS SO STIPULATED.**

Dated: April 16, 2020

PORTER SCOTT
A PROFESSIONAL CORPORATION

By   */s/ David R. Norton*
      Stephen E. Horan
      David R. Norton
      Attorneys for Defendants

Dated: April 16, 2020

ROSEN BIEN GALVAN & GRUNFELD LLP

By  */s/ Jeffrey L. Bornstein* (as authorized on 4/16/20)
      Sanford Jay Rosen
      Jeffrey L. Bornstein
      Ernest Galvan
      Lisa Ells
      Benjamin Bien-Kahn
      Attorneys for Plaintiff

## ORDER

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING, the date of the Hearing on Plaintiff's Motion for Preliminary Injunction shall be continued to May 18, 2020 at 1:30 p.m., the deadline for the required Opposition to May 4, 2020 and the deadline for the required Reply to May 11, 2020.

**IT IS SO ORDERED.**

Dated: April 16, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE